| No | IP | Port | HitDate UTC (mm/dd/yy) | File Name |
| --- | --- | --- | --- | --- |
| 1 | 174.51.131.137 | 55243 | 5/11/15 10:57:46 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 2 | 50.141.113.36 | 41984 | 5/11/15 09:59:47 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 3 | 73.203.73.0 | 53589 | 5/11/15 04:15:49 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 4 | 73.203.40.102 | 23187 | 5/11/15 01:12:13 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 5 | 174.29.202.126 | 63049 | 5/10/15 04:20:52 PM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 6 | 67.161.129.46 | 64790 | 5/10/15 11:21:39 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 7 | 98.245.181.250 | 54597 | 5/10/15 04:17:41 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 8 | 75.171.249.148 | 57255 | 5/10/15 02:27:00 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 9 | 72.161.112.189 | 36443 | 5/8/15 04:44:13 PM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |
| 10 | 75.166.95.199 | 49252 | 5/7/15 05:05:16 AM | The Cobbler 2014 1080p BRRip x264 DTS-JYK |

| File Hash | ISP | Region | City | Province |
|---|---|---|---|---|
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Littleton | Arapahoe County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Pueblo | Pueblo County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | CenturyLink | Colorado | Aurora | Adams County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | Comcast Cable | Colorado | Broomfield | Boulder County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | CenturyLink | Colorado | Denver | Denver County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | CenturyLink | Colorado | Eagle | Eagle County |
| SHA1: 8D1F5FD160801C32BA4111DF755AA0252AE3D97D | CenturyLink | Colorado | Denver | Denver County |