IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02273-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

     Plaintiff,

v.

JOHN DOES 1-10,

     Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 10, 2015 (ECF No. 13), it is

ORDERED that Defendant John Doe 7 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 14, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge