IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02273-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

     Plaintiff,

v.

JOHN DOES 1-6, 8-10,

     Defendants.

---

**ORDER**

---

In accordance with Plaintiff's Notice of Dismissal of Case filed pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i) on April 8, 2016 (ECF No. 19), it is

ORDERED that the remaining Defendants and this case are **DISMISSED**

**WITHOUT PREJUDICE**.

Dated:  April 11, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge